IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BABB,

    Plaintiff,                    No. CIV S-00-0023 MCE DAD P

    vs.

DR. CALVO, et al.,

    Defendants.             <u>ORDER</u>

           This matter came before the court on April 15, 2005 on plaintiff's motion for sanctions to obtain a court order directing defendants to produce unredacted housing logs or for the court to conduct an in-camera review of the housing logs. Carter White with the King Hall Civil Rights Clinic and certified law student Paul Whitfield appeared on behalf of plaintiff. Deputy Attorney General Gary Binkerd appeared on behalf of defendants. Following a review of the parties' pleadings and after hearing oral arguments by the parties, for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's April 1, 2005 motion for sanctions is denied.

DATED: April 18, 2005.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:4
babb23.oah7