```
KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
University of California
School of Law
400 Mrak Hall Drive
Davis, CA  95616-5201
(530) 752-5440

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. LOW,<br><br>            Defendant. | NO. CIV S-00-0023-MCE-DAD-P<br><br>**APPOINTED COUNSEL'S REQUEST FOR AUTHORITY TO INCUR COSTS (handwriting and document authentication)  AND REQUEST FOR PAYMENT; AND ORDER** |

PART I

I, Carter C. White, declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Eastern District of California, and the supervising attorney of the King Hall Civil Rights Clinic, appointed attorney of record for plaintiff in this action.  I have personal knowledge of the facts and circumstances contained herein, except where indicated otherwise, and if called upon to testify would so state.

2. I believe that it is reasonably necessary in this case, in order to ascertain the authenticity of certain documents and signatures found therein , to hire one or more consultants to review several documents submitted as evidence in order to ascertain their authenticity.  I expect the cost of retaining such consultants not to exceed $5,000.  I will do all that I can to keep the consultant and expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

1  3. To date costs not to exceed $5,000 for medical consultants have been approved by
2  the court.
3  4. I understand and agree that all of the costs requested of, and paid by the court in this
4  case will be reimbursed out of any recovery or settlement received for the plaintiff.
5  5. Based upon the foregoing, I request that this court authorize the expenditure of up
6  to $5,000 for the retention of handwriting and document authentication consultants, as described
7  herein.
8  I declare under penalty of perjury that the foregoing is true and correct and that this is
9  executed this 15 day of April 2002, in Yolo County, California.

                                                _____
                                                Carter C. White
                                                Attorney for Plaintiff

15  The above expenditure is
16  _____ Approved.
17  ___X____ Disapproved without prejudice.
18  Or,
19  _____ Good cause appearing therefor, this matter is set for discovery conference
20  on _____, at _____, ___.m. in courtroom number 26.
21  DATED: April 18, 2005.

                                             /s/ Dale A. Drozd
                                           _____
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:4
babb23.costs

## PART II

To the clerk of the above-entitled court:

I declare under penalty of perjury that the King Hall Civil Rights Clinic has completed the action described above, that we have incurred actual costs in the amount of $_____, and that we have \_\_\_\_\_ paid that cost/_____ not paid that cost and ask that the court's payment be made directly to the provider of services, specifically: _____.

I therefore request payment of this cost by the court to \_\_\_\_\_ the Clinic/to the provider of services. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed _____, 2005, in Yolo County, California.

_____
Carter C. White
Attorney for Plaintiff