KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax: (530) 752-5788
Assisted By:
Korman Kim
Paul Whitfield
Certified Law Students

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB, | NO. CIV S-00-0023-MCE-DAD-P |
| Plaintiff, | |
| vs. | **APPOINTED COUNSEL'S AMENDED REQUEST FOR AUTHORITY TO INCUR COSTS (handwriting and document authentication)  AND REQUEST FOR PAYMENT; AND ORDER** |
| DR. LOW, | |
| Defendant. | |

PART I

I, Carter C. White, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before the United States District Court for the Eastern District of California, and the supervising attorney of the King Hall Civil Rights Clinic, appointed attorney of record for plaintiff in this action. I have personal knowledge of the facts and circumstances contained herein, except where indicated otherwise, and if called upon to testify would so state.

2. I believe that it is reasonably necessary in this case, in order to ascertain the authenticity of certain documents and signatures found therein, to hire one or more consultants to review documents submitted into evidence.  At issue are two handwritten notes presented by the defense purported to be written and signed by the plaintiff.  Plaintiff has questioned whether either of these notes was written or signed by him.  Furthermore, Plaintiff disputes the validity of certain

entries made in Plaintiff's medical record. Plaintiff alleges that certain entries were falsely entered into the Plaintiff's medical record after the fact in order to refute Plaintiff's allegation of refusal of medical treatment. Both of these allegations bear on issues raised in the Defendants' Motion for Summary Judgment, currently pending before this Court.

       3      I expect the cost of retaining such consultants not to exceed $3,000. Plaintiff has located a document examiner, one David Moore, whose fee schedule is as follows:

| | |
|---|---|
| Examinations & Comparisons | $175/hr |
| Formal Reports | $175/hr |
| Consultation/Conference | $175/hr |
| Travel Time | $125/hr |
| Expenses (photos, charts, transportation) | Exact Cost |
| Testimony Fee | $225/hr |

It is estimated that the following costs will be incurred:

| | |
|---|---|
| Travel time to AG's office and CSP Solano for document review | 4 hours |
| Examinations/Comparisons/Reports | 10 hours |
| Consultation/Conference | 2 hours |
| Possible Testimony | 1 hours |

It is estimated that the costs will approach $3000. I will do all that I can to keep the consultant and expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

       3.      To date costs not to exceed $5,000 for medical consultants have been approved by the court. Plaintiff, concurrently with this request, will also be requesting additional funds for his medical expert witness.

       4.      I understand and agree that all of the costs requested of, and paid by the court in this case will be reimbursed out of any recovery or settlement received for the plaintiff.

       5.      Based upon the foregoing, I request that this court authorize the expenditure of up to $3,000 for the retention of handwriting and document authentication consultants, as described herein.

1  I declare under penalty of perjury that the foregoing is true and correct and that this is
2  executed this 18 day of April 2005, in Yolo County, California.

/S/ Carter C. White

_____
Carter C. White
Attorney for Plaintiff

The above expenditure is

_____   Approved.

___X____   Disapproved.  Counsel for plaintiff has failed to provide a sufficient explanation for the necessity of the requested expert services but rather have made only bare allegations unsupported by any evidence or declarations suggesting the need for such services.

Or,

_____   Good cause appearing therefor, this matter is set for discovery conference on _____, at _____, ___.m. in courtroom number 26.

DATED: April 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
babb23.cost2

PART II

To the clerk of the above-entitled court:

I declare under penalty of perjury that the King Hall Civil Rights Clinic has completed the action described above, that we have incurred actual costs in the amount of $_____$, and that we have \_\_\_\_\_ paid that cost/_____ not paid that cost and ask that the court's payment be made directly to the provider of services, specifically: _____ .

I therefore request payment of this cost by the court to \_\_\_\_\_ the Clinic/to the provider of services. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed _____, 2005, in Yolo County, California.

_____
Carter C. White
Attorney for Plaintiff