KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Tel (530) 752-5440
Fax (530) 752-5788

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. LOW,<br><br>        Defendant. | NO. CIV S-00-0023-MCE-DAD-P<br><br>**APPOINTED COUNSEL'S SECOND EX PARTE REQUEST FOR AUTHORITY TO INCUR COSTS (medical consultation); AND ORDER** |

PART I

I, Carter C. White, declare:

1. I was appointed to represent Plaintiff in this action by the Honorable Dale A. Drozd, United States Magistrate Judge. The Court has previously authorized me to incur up to $5,000.00 in costs reasonably necessary to the prosecution of this action. To date, it has been necessary to have incurred some $7,600.00 in expenses, all of which has been paid, or will be paid, to expert medical witnesses. The purpose of this request is to obtain authority to make payment of costs to medical consultants exceeding the original projection of $5000.00, and to incur additional expenses.

2. I believe that it is reasonably necessary in this case, in order to understand the medical issues and determine the validity of medical opinions expressed by the defendants, for our current medical consultant to review deposition transcripts; and to offer us their assessment, advice

and medical information.  I expect the **total** cost of retaining such consultants not to exceed $10,000 ($5,000.00 over the initial amount authorized).  I will do all that I can to keep the consultant and expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

       3.     To date the following costs have been incurred:

| | |
|---|---|
| Record Review by a medical doctor  04/2004 | $ 800.00 |
| Record Review by Dr. Gary Grossfeld 09/2004 | $1200.00 |
| Record Review by Dr. Gary Grossfeld 01/2005 | $2000.00 |
| Deposition Preparation by Dr. Gary Grossfeld 02/2005 | $1200.00 |
| Deposition of Dr. Gary Grossfeld 02/2005 | $2400.00 |

       4.     I understand and agree that all of the costs requested of, and paid by the court in this case will be reimbursed out of any recovery or settlement received for the plaintiff.  I further understand that under the procedure set up by General Order 230, advance authority to incur costs is to be obtained prior to the costs actually being incurred, and my failure to obtain advance authority for a portion of the medical expenses in the present case was an oversight on my part, due to the unexpected added expenses incurred by the deposition of Dr. Grossfeld, Plaintiff's expert.

       5.     Based upon the foregoing, I request that this court authorize the expenditure of up to an additional $5,000 for the retention of medical consultants, as described herein.

I declare under penalty of perjury that the foregoing is true and correct and that this is executed this 20th day of April 2005, in Yolo County, California.

                                          /S/ Carter C. White

                                          _____
                                          Carter C. White
                                          Attorney for Plaintiff

///

///

///

///

///

The above expenditure is

____X____    Approved. However, counsel's application indicates that the amount originally authorized for a medical expert has been exceeded. The amount approved by this order shall not be exceeded absent the prior approval of the court. Any expenditures made in advance of court approval will not be reimbursed by way of after-the-fact requests such as this. Moreover, the medical expert shall not be paid at a rate exceeding $250 per hour.

_____     Disapproved.

Or,

_____     Good cause appearing therefor, this matter is set for discovery conference on _____, at _____, ___.m. in courtroom number 26.

DATED: April 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
babb23.medcost2

PART II

To the clerk of the above-entitled court:

I declare under penalty of perjury that the King Hall Civil Rights Clinic has completed the action described above, that we have incurred actual costs in the amount of $_____$, and that we have \_\_\_\_\_ paid that cost/_____ not paid that cost and ask that the court's payment be made directly to the provider of services, specifically: _____.

I therefore request payment of this cost by the court  to \_\_\_\_\_ the Clinic/to the provider of services.  I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed _____, 2005, in Yolo County, California.

_____

Carter C. White

Attorney for Plaintiff