BILL LOCKYER
Attorney General of the State of California
JAMES SCHIAVENZA
Senior Assistant Attorney General
DARRYL DOKE
Lead Supervising Deputy Attorney General
GARY A. BINKERD, State Bar No. 60587
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5517
 Fax: (916) 322-8288

Attorneys for Defendants Kenneth Low, M.D., and Kelly Hu, R.N.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. LOW, ET AL, .<br><br>　　　　　Defendants. | CASE NO. CIV S-00-0023 MCE DAD P<br><br><br>ORDER |

UPON STIPULATION OF THE PARTIES and good cause appearing:

IT IS HEREBY ORDERED:

1. The trial presently scheduled to commence on September 21, 2005, is vacated and re-scheduled to commence November 2, 2005, at 9:00 a.m.

2. The Pretrial Conference presently scheduled for August 8, 2005, is continued to September 19, 2005, at 1:30 p.m.

DATE: July 29, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE