IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BABB,                                    No. CIV-S-00-0023 MCE/DAD P

    Plaintiff,

  v.                                           <u>ORDER</u>

DR. CALVO, ET AL.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 23, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.
///

1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 23, 2005, are adopted in full;

2.  Defendants' motion for summary judgment, filed on April 12, 2005, is denied as to defendants Low and Hu;

3.  Defendants' motion for summary judgment, filed on April 12, 2005, is granted as to defendants Greenough and Capon; and

4.  Defendants Greenough and Capon are dismissed from this action.

DATED: August 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2