IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BABB,

    Plaintiff,                                      No. CIV S-00-0023 MCE DAD P

    vs.

KENNETH LOW, M.D. and               ORDER
KELLY HU, R.N.,

    Defendants.

         This matter came before the court on February 17, 2006, on plaintiff's amended motion to compel the depositions of defendants' two medical experts, Dr. David Harrison and Dr. James Mooney. Carter White with the King Hall Civil Rights Clinic and certified law student Anna Valiente appeared on behalf of plaintiff. Deputy Attorney General Gary Binkerd appeared on behalf of defendants. Following a review of the record and arguments by the parties, the court took this matter under submission in order to await the outcome of an upcoming status conference before the District Judge assigned to this case.

         On February 27, 2006, U.S. District Judge Morrison England held a status conference in this action and authorized the undersigned to issue any and all orders deemed appropriate to resolve any pending discovery dispute and matters relating to prior orders issues by the undersigned.

1

As noted at the hearing on the motion to compel, there was a lack of precision in detailing those aspects of Fed. Rule Civ. P 26 that would apply in this action by the undersigned. That in turn resulted in a situation where the reports of defendants' medical expert witnesses were timely produced to plaintiff's counsel after the close of discovery. In order to address that situation and to facilitate the orderly trial of this action it is appropriate to grant plaintiff relief from the scheduling order solely for purposes taking expeditious depositions of those witnesses.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 27, 2006 amended motion to compel the depositions of defendants' medical expert witnesses, is granted;

2. Plaintiff may take the depositions of Dr. David Harrison and Dr. James Mooney. Such depositions shall not exceed four hours for each deponent and must be completed within thirty days from the date of this order.

DATED: February 27, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
babb23.mtc7