1  KING HALL CIVIL RIGHTS CLINIC
   CARTER C. WHITE SBN: 164149
2  U.C. Davis School of Law
   One Shields Avenue, Bldg. TB-30
3  Davis, CA  95616-8821
   (530) 752-5440
4  Fax: (530) 752-5788

5  Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  JAMES BABB,                        )     NO. CIV S-00-0023-MCE-DAD-P
                                       )
11          Plaintiff,                 )     **APPOINTED COUNSEL'S REQUEST**
                                       )     **FOR AUTHORITY TO INCUR COSTS**
12  vs.                                )     **(Defendants' medical experts)  AND**
                                       )     **REQUEST FOR PAYMENT;**
13  DR. LOW, et al.,                   )     **ORDER**
                                       )     (E.D. Cal. General Order 230;
14          Defendants.                )      F.R.C.P. 26(b)(4)(A) & (C)**)**
                                       )
15                                     PART I

16      I, Carter C. White, declare:

17      1.      I am an attorney admitted to practice law in the State of California and in the United

18  States District Court for the Eastern District of California.  I am the supervising attorney of the King

19  Hall Civil Rights Clinic, appointed attorney of record for plaintiff in this action.  I have personal

20  knowledge of the facts and circumstances contained herein, except where indicated otherwise, and

21  if called upon to testify would so state.

22      2.      I believe that it is reasonably necessary in this case to take the depositions of

23  Defendants' medical expert witnesses.  On February 27, 2006, this Court ordered that Plaintiff be

24  allowed to take the depositions of Defendants' medical experts, Dr. Harrison and Dr. Mooney,

25  during the subsequent thirty days. (Docket # 221).  Pursuant to Rule 26(b)(4)(C), Plaintiff will be

26  expected to pay "a fair portion of the fees and expenses reasonably incurred" in connection with

27  these depositions.  According to Defendants' expert disclosures, the experts charge $400 (Harrison)

28

1   and $500 (Mooney) per hour, respectively, for their time spent giving deposition testimony. *See*

2   Harrison disclosure, exhibit A, page 2, line 7, and Mooney disclosure, exhibit B, page 2, line 18,

3   attached.  I will do all that I can to keep the depositions as short as practicable, and have asked for

4   here an amount that is expected to be the maximum needed (each doctor's hourly rate times four,

5   the maximum number of hours for each deposition as provided by the Court's order).

6          3.       To date the Court has approved costs not to exceed $ 10,000 for medical consultants.

7          4.       I understand and agree that all of the costs requested of, and paid by the Court in this

8   case will be reimbursed out of any recovery or settlement received for the plaintiff.

9          5.       Based upon the foregoing, I request that this Court authorize the expenditure of up

10   to $3,600 for compensating Defendants' expert witnesses for their time in giving their oral

11   depositions.

12          I declare under penalty of perjury that the foregoing is true and correct and that this is

13   executed this 9th day of March, 2006, in Davis, Yolo County, California.

14                                                        /S/ Carter C. White

15                                        _____

                                                          Carter C. White
16                                                        Attorney for Plaintiff

17                       **ORDER ON REQUEST FOR AUTHORITY TO INCUR COSTS**

18          The above expenditure is

19          __X__          Approved.

20          _____          Disapproved.

21          Or,

22          _____          Good cause appearing therefor, this matter is set for discovery conference

23   on _____, at _____, ___.m. in courtroom number 26.

24   DATED: March 10, 2006.

25

26                                        _____
                                          DALE A. DROZD
27   DAD:4                                UNITED STATES MAGISTRATE JUDGE
     babb23.ric2
28

1

PART II

2

To the clerk of the above-entitled court:

3

I declare under penalty of perjury that the King Hall Civil Rights Clinic has completed the

4

action described above, that we have incurred actual costs in the amount of $_____, and that

5

we have _____ paid that cost/_____ not paid that cost and ask that the Court's payment be made

6

directly to the provider of services, specifically: _____.

7

I therefore request payment of this cost by the Court  to _____ the Clinic/to the provider of

8

services.  I understand and agree that this cost will be reimbursed out of any recovery or settlement

9

resulting from this action.

10

Signed _____, 2006, in Davis, Yolo County, California.

11

12

_____

13

Carter C. White
Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28