```
KING HALL CIVIL RIGHTS CLINIC
CARTER WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax: (530) 752-5788
Assisted By: Jane Harrington
Certified Law Student

Attorney for Plaintiff
JAMES BABB
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. KENNETH LOW, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CIV S-00-0023 MCE DAD P<br><br>**SUPPLEMENTAL STIPULATED PROTECTIVE ORDER** |

　　　　Plaintiff is seeking to modify the protective order entered February 24, 2005 (Court docket nos. 145 and 146) pursuant to Rule 26(c).  The motion to modify the protective order was filed and served on March 3, 2006 and calendared for March 24, 2006.  The parties offer this stipulation in lieu of the joint statement re discovery disagreement, and the hearing scheduled for March 24, 2006 is vacated as moot.

　　　　1. Counsel for Plaintiff (including any Certified Law Students assigned to the case) may disclose the contents of the confidential material to Plaintiff Babb with a duty to maintain confidentiality.  While Counsel may show documents to Plaintiff Babb, Plaintiff will not retain any confidential documents outside the presence of counsel, i.e., Plaintiff will not keep copies of any such documents in his prison cell.

　　　　2. Counsel for Plaintiff agrees that prior to showing the documents to Plaintiff Babb, counsel will redact any personal information, specifically home addresses and social security

1 | numbers found in CDC Investigation documents #01791 and #01820.

2 |     3. Any party may propose to offer confidential material into evidence as an exhibit,
3 | utilizing the exchange of exhibits procedure described in the Final Pretrial Order (Docket # 195)
4 | and within the deadline set out in the minute order of November 2, 2005 (Docket # 211). In
5 | response, either party may object to any proposed exhibit by raising the specific issue of
6 | confidentiality.

7 |     4. Counsel for Plaintiff will not be required to return or destroy any material admitted into
8 | the evidence. Should any documents be admitted into evidence under seal, counsel for Plaintiff
9 | may retain one copy of any document so admitted.

10 |     5. Nothing in this stipulation shall be considered a waiver of objection to evidence on any
11 | ground.

12 | **JOINTLY SUBMITTED.**

13 |     /S/ Catherine Woodbridge

14 | Dated: March 21, 2006

    CATHERINE WOODBRIDGE
15 |     Deputy Attorney General
    Attorney for Defendants
16 |
    /S/ Carter C. White
17 |
Dated: March 21, 2006

18 |     CARTER C. WHITE
    Attorney for Plaintiffs
19 |

20 |     **IT IS SO ORDERED.**

21 | DATED: March 22, 2006.

22 |
23 |
24 |     DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
25 | DAD:4
babb0023.prot
26 |
27 |
28 |