**ATTACHMENT "A"**
**PLAINTIFF'S WITNESS LIST**

| NUMBER | NAME |
|---|---|
| 1. | James Babb |
| 2. | Wesley K. Capon |
| 3. | William Greenough, M.D. |
| 4. | Kelly Hu |
| 5. | Michael L. Krog |
| 6. | Gary Grossfeld, M.D. |
| 7. | Kenneth Low., M.D. |
| 8. | Jeremy Purdy |
| 9. | Ronald Steward |
| 10. | Sergeant Blackwell |
| 11. | Daniel Scotti, M.D. |
| 12. | Shirley Babb |
| 13. | MTA Rowe |
| 14. | Correctional Officer Gaylor |
| 15. | Correctional Officer Whitfill |
| 16. | Correctional Officer Speakes |
| 17. | Correctional Officer Allen |

**ATTACHMENT "B"**
**DEFENDANTS' WITNESS LIST**

| NUMBER | NAME |
|--------|------|
| 1. | James Babb |
| 2. | William Low |
| 3. | Kelly Hu |
| 4. | Dr. David T. Harrison |
| 5. | Dr. James K. Mooney |
| 6. | Alvaro Traquina |
| 7. | Donald Neal |
| 8. | Jose Cayanan |
| 9. | Joe Williams |
| 10. | Sean Espley |
| 11. | June Waugh Kirkpatrick |
| 12. | Dr. Bick |
| 13. | Dr. Aguilera |
| 14. | Dr. Capazoli |
| 15. | Dr. Rohrer |
| 16. | Dr. Noriega |
| 17. | Dr. Kendall |
| 18. | Dr. Trag |
| 19. | James Knister |
| 20. | Lt. Cowan |

## ATTACHMENT "B"
## DEFENDANTS' WITNESS LIST

| NUMBER | NAME |
|--------|------|
| 21. | Carolyn Jayo |
| 22. | Ronald McCallister |
| 23. | Danny Kroman |

**ATTACHMENT "C"**
**PLAINTIFF'S EXHIBIT LIST**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1. | All documents regarding Plaintiff's Administrative Appeals ("602") regarding medical care. | | |
| 2. | Memorandum regarding, "INTERVIEW WITH RN KELLY HU REGARDING INMATE BABB," written on January 8, 2001, by W. Capon, Supervising Registered Nurse II, regarding December 28, 2000, interview with Kelly Hu. | | |
| 3. | Memorandum regarding, "INTERVIEW WITH INMATE BABB REGARDING EVENT OF MAY 23," written on January 8, 2001, by W. Capon, Supervising Registered Nurse II, regarding December 18, 2000, interview with James Babb. | | |
| 4. | Memorandum regarding "INTERVIEW WITH INMATE BABB REGARDING EVENT OF MAY 23," written on January 8, 2001, by W. Capon, Supervising Registered Nurse II, regarding December 30, 2000 interview with James Babb. | | |
| 5. | Memorandum regarding, "REQUEST FOR FORMAL INVESTIGATION ON NURSE K. HU.," written on February 15, 2001, by Madhup Joshi, MD, Health Care Manager. | | |
| 6. | Memorandum regarding, INMATE BABB, D-96588, 5-22L, written on May 23, 2000, by Correctional Sergeant M. L. Krog | | |
| 7. | Transcript of Tape #4, "INVESTIGATORY INTERVIEW ADMINISTRATIVE - WITNESS CASE #I-SOL-020-01." Transcript of interview of Correction Officer J. Purdy conducted on 04/05/2001. | | |
| 8. | Memorandum regarding, CATEGORY INVESTIGATION CASE NUMBER I-SOL-020-01, written on April 27, 2001, by D.B. Blackwell, Correctional Sergeant Investigator. | | |

## ATTACHMENT "C"
## PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9. | Excerpts from Plaintiff James Babb's Medical Records | | |
| 10. | Excerpts from Plaintiff James Babb's CDC Central file ("C-file") | | |
| 11. | CDC and CSP-Solano medical policies and procedures | | |
| 12. | CSP Solano Unit Housing Logs | | |
| 13. | Doctor's Hospital of Manteca Emergency Department Report | | |
| 14. | Consultation report from Dr. Knister dated 01/21/2000 | | |
| 15. | Transcript of Tape #1, CDC 01791, I-SOL-020-01, Interview of Correctional Sergeant Krog | | |
| 16. | Transcript of Tape #2, CDC 01792, I-SOL-020-01, Interview of Inmate Babb | | |
| 17. | Transcript of Tape #3, CDC 01793, I-SOL-020-01, Interview of Correctional Officer Steward | | |
| 18. | Transcript of Tape #4, CDC 01793, I-SOL-020-01, Interview of Correctional Officer Purdy | | |

## ATTACHMENT "C"
## PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 19. | Transcript of Tape #5, CDC 01795, I-SOL-020-01, Interview of R.N. Hu | | |
| 20. | Transcript of Tape #6, CDC 01796, I-SOL-020-01, Interview of Daniel Scotti, M.D. | | |
| 21. | Transcript of Tape #7, CDC 01797, I-SOL-020-01, Interview of William Greenough, M.D. | | |

**ATTACHMENT "D"**
**DEFENDANTS' EXHIBIT LIST**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| A. | Plaintiff's original civil rights complaint filed herein January 4, 2000. | | |
| B. | First Amended Complaint. | | |
| C. | Second Amended Complaint. | | |
| D. | Third Amended Complaint. | | |
| E. | Fourth Amended Complaint. | | |
| F. | Fifth Amended Complaint. | | |
| G. | Plaintiff's institutional medical records. | | |
| H. | Excerpts from Plaintiff's CDC Central file ("C-file"). | | |
| I. | Institutional housing logs. | | |
| J. | Institutional telephone logs. | | |

**ATTACHMENT "D"**
**DEFENDANTS' EXHIBIT LIST**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| K. | CDC and CSP-Solano medical procedures and policies. | | |
| L. | Keyboard diagram. | | |
| M. | Handwritten letters delivered by plaintiff to defendant Hu. | | |
| N. | Entries from Defendant Hu's personal journal. | | |
| O. | Plaintiff's 602 grievances relating to his medical care. | | |
| P. | Reports and declarations of Dr. Gary Grossfeld. | | |
| Q. | Transcript of plaintiff's deposition testimony, or excerpts thereof. | | |
| R. | Reports and/or declarations of James Mooney | | |
| S. | Reports and/or declarations of William Harrison | | |
| T. | Plaintiff's Declaration in support of Opposition to Motion for Summary Judgment | | |

**ATTACHMENT "D"**
**DEFENDANTS' EXHIBIT LIST**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| U. | Institutional employee attendance records. | | |
| V. | Clinic and infirmary records of inmate visits. | | |
| W. | Charts, blowups, and illustrative renderings of some of the foregoing. | | |
| X. | Calendar and time-line illustrations. | | |
| Y. | Schematic of institutional grounds. | | |
| Z. | Illustrative questioned document examples | | |
| AA. | Select jury instructions | | |