| | |
|---|---|
| 1 | UtKING HALL CIVIL RIGHTS CLINIC |
| | CARTER C. WHITE, CSB #165149 |
| 2 | U.C. Davis School of Law |
| | One Shields Avenue, Bldg. TB-30 |
| 3 | Davis, CA  95616-8821 |
| | (530) 752-5440 |
| 4 | Fax (530) 752-5788 |
| | Assisted by: Jane Harrington |
| 5 | Certified Law Student |
| 6 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| JAMES BABB, | ) | No. 2:00-cv-0023-MCE-DAD-P | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND ORDER ALLOWING** | |
| | ) | **PLAINTIFF TO WEAR STREET CLOTHES** | |
| v. | ) | **AT TRIAL** | |
| | ) | | |
| DR. KENNETH LOW, et al., | ) | TRIAL: November 1, 2006 | |
| | ) | TIME:   9:00 a.m. | |
| Defendants. | ) | JUDGE: HON. MORRISON C. ENGLAND, JR. | |
| | ) | | |

The parties, through their undersigned counsel of record, hereby stipulate and agree that Plaintiff, James Babb, may wear street clothes attire at the trial scheduled for November 1, 2006, at 9:00 a.m. To the extent possible, every attempt will be made to prevent the jury from viewing the Plaintiff in any attire other than street clothes, and to avoid the jury seeing the Plaintiff in shackles, leg irons, chains, or other similar restrictive devices.  To the extent that Plaintiff is required to wear leg irons during trial, and to the extent that he is seated in such a position that his feet are in the view of the jury, a scrim, or other means of obstructing the jury's view of any leg restraints, will be provided for Plaintiff.  Plaintiff's hands shall not be cuffed or otherwise restrained while the jury is present, and Plaintiff may write notes to his counsel during the proceedings. Plaintiff is to be seated in the courtroom before the jury enters and shall remain seated until the jury is dismissed.  In this case, General Order No. 441 does not apply because Mr. Babb is the Plaintiff in a civil case rather than defendant in a criminal proceeding and does not pose a similar threat to the security of the courtroom.

1 | The parties respectfully request the Court enter this Stipulation as an Order of the Court.

2 | Dated: September 16, 2006.

3 | Signed:

4 | /S/ Carter C. White

5 | _____

6 | Carter C. White
Attorney for Plaintiff

7 | /S/ Catherine Woodbridge

8 | _____
Catherine Woodbridge
Attorney for Defendant

9 |

10 | The stipulation of the parties is rejected without prejudice. General Order 441 is not

11 | applicable. This is not a criminal case where the status of the plaintiff's release may cause

12 | prejudice to the jury. This is a civil case involving an inmate from California State Prison Solano

13 | who is claiming injuries while he was an inmate at the institution. In addition, the plaintiff will

14 | have at least one and more than likely two uniformed correctional officers in close proximity

15 | during the trial. The jury will know he is an in custody inmate.

16 | The court does not have any objection to the plaintiff wearing street clothes during the

17 | trial. The remaining aspects of the stipulation are unnecessary for the reasons set forth above and

18 | for the reason that the courtroom is already configured to in such a way that it is highly unlikely

19 | any juror will be able to see any restraints, other than the two uniformed correctional officers

20 | previously described.

21 | IT IS SO ORDERED.

22 | Date: September 20, 2006

23 |

24 |

25 | _____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

26 |

27 |

28 |