UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB, | NO. 2:00-cv-0023 MCE DAD P |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES BABB** |
| vs. | |
| DR. KENNETH LOW, et al., | As to James Babb D-96588 |
| Defendants. | |

Plaintiff, **James Babb**, inmate CDC# D-96588, a necessary and material witness in proceedings in this case on March 21, 2007, is confined at California State Prison, Solano, 2100 Peabody Road, Vacaville, CA 95687, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Fifteenth Floor, Courtroom #3, United States Courthouse, 501 I Street, Sacramento, CA on **March 21, 2007 at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:
1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;
2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and
3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, CA, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of California State Prison, Solano, 2100 Peabody Road, Vacaville, CA 95687:
**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.
**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

**Dated:**

Dated: February 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE