UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES BABB,                                    No. 2:00-cv-00023-MCE-DAD-P

      Plaintiff,

  v.                                           ORDER

KENNETH LOW, M.D., KELLY HU, R.N.,

      Defendants.

----oo0oo----

This is a civil rights action brought by Plaintiff James Babb ("Plaintiff"), a California state prisoner, against Defendants, a prison doctor and prison nurse. Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Trial in this matter was originally set on November 2, 2006, but has subsequently been reset on four additional occasions and is now scheduled to commence on August 20, 2007.

///
///

1 The Court's previous orders continuing trial in this matter made
2 it clear that additional motions in limine, beyond those filed in
3 conjunction with the original trial date, would not be permitted
4 absent a showing of good cause.
5     Presently before the Court is Plaintiff's Motion for Leave
6 to File Motion in Limine No. 8, an additional in limine request
7 that seeks to exclude evidence contained in two letters from
8 Defendants' former counsel, Gary Binkerd, to a defense medical
9 expert, David T. Harrison, M.D.  Particularly at issue are
10 statements contained in the second letter, dated June 2, 2005,
11 which purport to request that Dr. Harrison endorse the defense
12 theory concerning the conduct of Defendant Kelly Hu, R.N.
13     On April 13, 2006, both parties submitted a stipulation and
14 proposed order to allow Plaintiff to supplement his exhibit list,
15 to include both letters at issue.  Plaintiff failed, however, to
16 include any information within that stipulation establishing any
17 "good cause" for the proposed supplementation.
18     After reviewing the papers submitted in support of this
19 Motion, however, the Court does find the requisite good cause for
20 allowing the additional Motion in Limine.  First, Plaintiff was
21 unaware of the letters in question until March of 2006, when his
22 counsel deposed Dr. Harrison, and Dr. Harrison produced the
23 correspondence from attorney Binkerd.
24     Additionally, Plaintiff could not have become aware of the
25 need for an additional Motion in Limine until the Court's Order
26 of April 24, 2006, which denied the parties' stipulation to allow
27 Plaintiff to supplement his exhibit list.
28 ///

1  Finally, three days after the Court denied the parties'
2  stipulation, the then scheduled trial date of May 17, 2006 was
3  vacated and reset for November 1, 2006.  Plaintiff then sought
4  permission from the Court to file an in limine motion regarding
5  said letters by filing the present Motion for Leave to File
6  Motion in Limine No. 8 at the next deadline for such motions,
7  which was October 11, 2006.

8  Because the Court believes that "good cause" is demonstrated
9  by the foregoing, Plaintiff's Motion for Leave to File Motion in
10 Limine No. 8 is hereby GRANTED.[1]

11 IT IS SO ORDERED.

Dated: July 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).