KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BABB, | ) | No. 2:00cv00023-MCE-DAD-P |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER RESETTING DEADLINES** |
| vs. | ) | Trial:           August 20, 2007 |
| DR. LOW, et al. | ) | Time:            9:00 AM |
| | ) | Courtroom No.:   3 |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr. |

On May 22, 2007, this Court entered an order resetting the jury trial in this matter for August 20, 2007, at 9:00 a.m.  On June 20, 2007, this Court entered a minute order (Doc. 344) resetting the deadlines for filing motions in limine, oppositions, and replies.  By this stipulation and order, the parties agree on a schedule resetting the other deadlines regarding the upcoming trial, using the Court's previous scheduling order (Doc. 332) and the number of days preceding trial for each of the appropriate filings, as follows:

| | |
|---|---|
| Exchange date of exhibits between the parties | August 6, 2007 |
| Trial briefs; Agreed Joint Statement of the Case | August 13, 2007 |
| Alternate arrangements due date with the Courtroom Deputy  to present exhibit binder to the Court | August 13, 2007 |
| Exchange date of discovery documents between the parties;  exchange date of interrogatories between the parties | August 13, 2007 |

| | | |
|---|---|---|
| 1 | Joint Set of Voir Dire Questions; Joint Set of jury Instructions; | August 13, 2007 |
| 2 | Joint verdict form; Objection(s) to voir dire questions | |
| 3 | Objection memorandum to jury instructions; Objection(s) to verdict form | August 20, 2007 |
| 4 | Written request for audio/visual training prior to commencement of trial | July 30, 2007 |
| 5 | Obtain status of trial date with Courtroom Deputy Clerk | August 13, 2007 |
| 6 | New Trial Date | August 20, 2007 |

Dated:   July 6, 2007                                              Respectfully submitted,

                                                                                        */S/ Carter C. White*

                                                                                        _____
                                                                                        Carter C. White
                                                                                        Supervising Attorney

                                                                                        */S/ Catherine Guess*

                                                                                        _____
                                                                                        Catherine Guess
                                                                                        Attorney for Defendants

            IT IS SO ORDERED.

    Dated:  July 17, 2007

                                                                                        _____
                                                                                        MORRISON C. ENGLAND, JR.
                                                                                        UNITED STATES DISTRICT JUDGE