```
KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #165149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
Assisted by: Walid F. Kandeel and Julia Mendoza,
 Certified Law Students
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABB, | No. 2:00-cv-00023-MCE-DAD-P |
| Plaintiff, | **STIPULATION AND ORDER REGARDING THE TESTIMONY OF THE WITNESS** |
| vs. | **BERNICE WHITFIELD** |
| DR. KENNETH LOW, et al., | TRIAL: August 20, 2007 |
| | TIME:   9:00 a.m. |
| Defendants. | JUDGE: HON. MORRISON C. ENGLAND, JR. |

The parties, through their undersigned counsel of record, hereby stipulate and agree that the witness, Bernice Whitfield, be allowed to testify at the upcoming trial of this case by deposition.  Ms. Whitfield is a non-party witness, and a correctional officer.  She has a planned two-week vacation scheduled to begin on August 20, 2007, the day the trial of this matter is scheduled to begin.  The parties will take the deposition of the witness, and the deposition of the witness will be recorded by both stenographic means and by videotape pursuant to Rule 30. Following the deposition the parties will designate sections of the deposition to be read to the jury, and to the extent the parties cannot agree on these designations they will ask the Court the rule on any objections at the pretrial hearing scheduled on August 17, 2007, at 2:00 p.m.  The parties will either read their designated section of the deposition testimony to the jury, or, to the extent that the videotape can be edited by the time of the trial, a videotape of the deposition will be shown to the jury.

///

1   The Court finds that the requirements of Rule 32 are met in that the witness will be greater than 100 miles from the place of the trial, and that exceptional circumstances exist as to make it desirable in the interest of justice that the witness' testimony be presented by deposition.

The parties respectfully request the Court enter this Stipulation as an Order of the Court.

Dated: August 9, 2007

Signed:

**/S/ Carter C. White**

_____
Carter C. White
Attorney for Plaintiff

**/S/ Catherine W. Guess**

_____
Catherine Woodbridge Guess
Attorney for Defendant

IT IS SO ORDERED.

In the event there are any objections to the deposition testimony, such objection(s) shall be made in writing and delivered to this Court not later than August 15, 2007 at 4:00 p.m. The Court will not hear objections raised for the first time on the day of the pretrial hearing.

In the event no such written objection(s) is/are received by the Court on the date and time indicated, it will be conclusively presumed that either there are no objections or that any objections have been waived.

Notwithstanding the foregoing, the Court reserves the right to exclude any testimony which is violative of FRE 403.

Dated:  August 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE